1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9    Alfredo Garcia,                              No. CV-16-4569-PHX-DJH (JFM)

10                         Plaintiff,             **ORDER**

11   v.

12   Corizon Health Services, et al.,

13                         Defendants.

14

15          This matter is before the Court on the Report and Recommendation re Screening

16   of First Amended Complaint ("R&R") issued by United States Magistrate Judge James F.

17   Metcalf on July 13, 2017.  (Doc. 15).  In the R&R, Judge Metcalf screened the First

18   Amended Complaint (Doc. 14) and recommends that Counts Two, Three, and Four be

19   dismissed without prejudice after finding that Counts Two and Three are duplicative of

20   Count One and that Count Four fails to state a claim for relief.  He further recommends

21   that Defendants Ryan, Pratt, Mendoza and Thomas be dismissed without prejudice.

22   Based on Judge Metcalf's recommendations, Count One against Defendant Corizon

23   Health Services would be the only remaining claim and defendant in this action.

24          Judge Metcalf advised the parties that the parties had fourteen days to file

25   objections and that the failure to file timely objections "will be considered a waiver of a

26   party's right to *de novo* consideration of the issues." (Doc. 15 at 9) (citing *United States*

27   *v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)).  No objections have been

28   filed and the time to do so has expired.  Absent any objections, the Court is not required

to review the findings and recommendations in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (The relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *Reyna-Tapia,* 328 F.3d at 1121 (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

Nonetheless, the Court has reviewed the R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R and adopt Judge Metcalf's recommendations. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's R&R (Doc. 15) is **accepted** and **adopted** as the order of this Court.

**IT IS FURTHER ORDERED** that Counts Two, Three, and Four of the First Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Ryan, Pratt, Mendoza and Thomas are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that Defendant Corizon Health Services must respond to Count One of the First Amended Complaint within **14 days** of the date of this Order. (*See* Doc. 18 at 2).

Dated this 19th day of October, 2017.

Honorable Diane J. Humetewa
United States District Judge

- 2 -