# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfredo Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Corizon Health Services, et al.,<br><br>    Defendants. | NO. CV-16-04569-PHX-DJH (JFM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 28, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

January 28, 2019

By   s/ E. Aragon
     Deputy Clerk